# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00446-CV

### In re Mario-Arnold:Yarrito

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Mario-Arnoldo:Yarrito has filed a petition for writ of mandamus complaining that the Travis County district clerk has failed to file certain documents in an underlying proceeding.  As an intermediate appellate court, this Court has no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction, *see* Tex. Gov't Code § 22.221(a); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding), and our jurisdiction is not implicated here.  Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed:   July 29, 2022